THERESA A. KADING (SB# 211469)
E-mail: tkading@kadingbriggs.com
THOREY M. BAUER (SB# 234813)
E-mail: tbauer@kadingbriggs.com
KADING BRIGGS LLP
100 Spectrum Center Drive, Suite 800
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
BEHAVIOR FRONTIERS, LLC

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. HOLMES,<br><br>            Plaintiff,<br><br>    vs.<br><br>BEHAVIOR FRONTIERS, LLC and DOES 1 to 10, inclusive,<br><br>            Defendants. | CASE NO. _____<br><br>[Los Angeles Superior Court Case No. BC649094]<br><br>**BEHAVIOR FRONTIER, LLC'S NOTICE OF REMOVAL OF THE CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTIONS 1331 (FEDERAL QUESTION), 1367(a), 1441(a), (c)** |

371483

NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND PLAINTIFF:

PLEASE TAKE NOTICE THAT, based on the following allegations, defendant Behavior Frontiers, LLC ("Behavior Frontiers" or "Defendant") hereby removes to this court the state court action described below.

1.    On February 2, 2017, plaintiff Michael J. Holmes ("Plaintiff") commenced an action in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Michael J. Holmes v. Behavior Frontiers, LLC,* case number BC649094 ("the Action").  The Complaint alleges, *inter alia,* Wrongful Termination, Retaliation, Race Discrimination, Gender Discrimination, Disability Discrimination, and Harassment.  The Complaint and Civil Case Cover Sheet, as well as the Summons are attached hereto as Exhibits "A" and "B," respectively.

2.    On February 2, 2017, Plaintiff served Behavior Frontiers with the Summons and Complaint by mail.  The Proof of Service by First-Class Mail— Civil is attached hereto as Exhibit "C."

3.    This Notice of Removal is filed within 30 days from the date upon which service of the Complaint on Behavior Frontiers became effective, which is within the time provided by law.  Cal. Civ. Proc. Code § 415.30; 28 U.S.C. § 1446(b).

4.    Defendant wishes to exercise its right under the provisions of 28 U.S.C. Section 1441 (a) and (c) to remove this action from the Los Angeles County Superior Court on the grounds of federal question.  Defendant removes this

371483

-1-

Action to the Western Division of the United States District Court, Central District of California, because Plaintiff originally filed the Action in the Los Angeles County Superior Court.

5.    This is a civil action over which this Court has original jurisdiction under 28 U.S.C. Section 1331 because Plaintiff's claims arise under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*, and the Rehabilitation Act of 1973, 29 U.S.C. § 791 *et seq. See* Exhibit A, at pp. 6, 8.  Accordingly, Defendant may remove this Action pursuant to 28 U.S.C. Sections 1331 and 1441(a) and (c) because it arises under "laws of the United States."

## THIS COURT HAS ORIGINAL JURISDICTION BECAUSE PLAINTIFF HAS BROUGHT FEDERAL CLAIMS ARISING UNDER THE TITLE VII AND ADA

6.    Plaintiff's Complaint may be removed on the basis of federal question jurisdiction because Plaintiff's claims arise under 42 U.S.C. § 2000e, *et seq.* (Civil Rights Act of 1964), 42 U.S.C. Section 12101, *et seq.* (Americans with Disabilities Act of 1990), and 29 U.S.C. § 791, *et seq* (Rehabilitation Act of 1973).  *See* Sections 1331 and 1441(a) and (c).

7.    Plaintiff has unequivocally alleged discrimination and retaliation in violation of Title VII. *See* Exhibit A, at p. 6.  Courts have consistently held that removal to federal court is proper when a plaintiff's claim arises under Title VII. *See, e.g., Hui See Tan v. Dolby Labs., Inc.,* No. C 05-03973 WHA, 2006 WL 463505, at *2 (N.D. Cal. Feb. 24, 2006) (denying motion for remand because "Plaintiff's complaint contains a clear invocation of Title VII . . . [a]s a result,

371483
-2-

NOTICE OF REMOVAL

removal based on federal-question jurisdiction was proper"); *Baker v. Res-Care Inc.*, No. C 05-01338 SBA, 2005 WL 1500847, at *3 (N.D. Cal. June 24, 2005) ("Plaintiff's complaint includes claims arising under federal laws-namely Title VII and the Americans with Disabilities Act. . . Accordingly, removal is appropriate on this ground"); *Duplessis v. Golden State Foods*, No. C06-5631RJB, 2006 WL 3544597, at *2 (W.D. Wash. Dec. 8, 2006) (Plaintiff "amended his complaint to add references to Title VII . . . in order to facilitate recovery of punitive damages. These references therefore constitute separate federal claims conferring original jurisdiction on this Court. Removal was proper"); *Valmoja v. Akal Sec., Inc.*, No. CIV. 13-00343 LEK, 2013 WL 5376038, at *3 (D. Haw. Sept. 24, 2013) (in action asserting Title VII claim: "At the outset, the Court notes that Defendant's removal of the instant case to this district court was proper. . . .Thus, at the time of removal, the Court had original jurisdiction over Counts I and III, as well as the discretion to exercise supplemental jurisdiction over the Complaint's state law claims"); *Giraudo v. Henkels & McCoy*, No. CIV. 93-548-FR, 1993 WL 302354, at *3 (D. Or. July 28, 1993) ("This court has original jurisdiction over the Title VII claims of Giraudo and Anderson, and therefore the action is removable").

8.    In addition, Plaintiff explicitly relies on 42 U.S.C. Section 12101, *et seq.,* also known as the ADA, as a basis for his cause of action for Disability Discrimination. *See* Exhibit A, at p. 8. Consequently, this Court has original jurisdiction over such claims. *See, e.g., Mason v. Mountain States Tel. & Tel. Co.*, No. 96-36177, 1997 WL 525302, at *1 (9th Cir. Aug. 13, 1997) (holding that seeking a federal remedy under the ADA was sufficient to provide a basis for original federal jurisdiction); *Boemio v. Love's Rest.*, 954 F. Supp. 204, 205 (S.D. Cal. 1997) (finding federal question jurisdiction based on a claim arising under the ADA); *Alexander v. Kujok*, No. 2:15-cv-00477-MCE-CKD, 2016 WL 258347, at *1 (E.D. Cal. Jan. 20, 2016) (finding that Plaintiff's ADA claim was "premised on

371483

-3-

federal question jurisdiction in accordance with 28 U.S.C. § 1331."); *Ervin v. Judicial Council of Calif.*, No. C 06-7479 CW, 2007 WL 1489255, at *2 (N.D. Cal. May 18, 2007) (finding subject matter jurisdiction because the claim arose under the ADA).

9.     Finally, Plaintiff also claims Disability Discrimination under the Rehabilitation Act of 1973, 29 U.S.C. § 791, *et seq.* *See* Exhibit A at p. 8.  As a result, this Court has original jurisdiction over such claims. *See, e.g., Exmundo v. Drew*, No. 107CV01711LJOSMSPC, 2008 WL 2872404, at *1 (E.D. Cal. July 23, 2008) (denying remand motion because "Plaintiff also states in the complaint, 'This action is brought under . . . section 504 of the Rehabilitation Act of 1973"); *Nevins v. Upward Found.*, No. CV-11-00563-PHX-NVW, 2011 WL 2600587, at *2 (D. Ariz. June 30, 2011) (noting in action alleging violations of the Rehabilitation Act, "Upward Foundation removed to this Court based on federal question jurisdiction"); *J.E.L. v. San Francisco Unified Sch. Dist.*, 185 F. Supp. 3d 1196, 1198 (N.D. Cal. 2016) ("Through his mother and guardian, J.E.L. sued defendants . . . for negligence and violations of . . . Section 504 of the Rehabilitation Act of 1973. . . . Defendants removed the case to this Court on federal question jurisdiction").

10.     Accordingly, because Plaintiff has invoked federal statutes that require interpretation of federal law, this Court has federal question jurisdiction under 28 U.S.C. Section 1331, and removal is proper under 28 U.S.C. Section 1441(a) and (c). *See also Sequeira v. Alameda County*, No. C 06-01413 MEJ, 2008 WL 5179108, at *4 (N.D. Cal. Dec. 10, 2008) (confirming that the federal court had jurisdiction over the action brought under federal law pursuant to Section 1331).

371483

-4-

11.    This Court also has supplemental jurisdiction over any and all remaining state law claims in the Complaint, as they share a common nucleus of operative facts with Plaintiff's federal claims and/or form the basis of those federal claims.  28 U.S.C. § 1367(a); *see also, e.g., Johnson v. Calagna*, No. 2:06-cv-0344-GEB-GGH, 2006 WL 3313816, at *1 (E.D. Cal. Nov. 15, 2006) ("Federal question jurisdiction exists in this action under the [ADA] and supplemental jurisdiction is exercised over Plaintiff's state law claims under 28 U.S.C. § 1367(a)"); *Kennedy v. Cent. City Concern*, No. 3:15–cv–01378–SB, 2016 WL 1047890, at *1 (D. Or. Feb. 18, 2016) ("The Court has original jurisdiction over Plaintiff's FMLA and ADA claims pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction over his state law claims pursuant to 28 U.S.C. § 1367(a)."). Convenience, judicial economy, and fairness to the parties require that all of Plaintiff's claims be litigated together in a single forum. *United Mine Workers v. Gibbs,* 383 U.S. 714, 726-727 (1966). These supplemental claims are, therefore, removable under 28 U.S.C. Section 1441(c).

## PROCESS, PLEADINGS AND ORDERS

12.    Attached hereto as Exhibit "A" is a copy of the Complaint and Civil Case Cover sheet, filed with the Superior Court of the State of California in and for the County of Los Angeles on February 2, 2017.

13.    Attached hereto as Exhibit "B" is a copy of the Summons filed with the Superior Court of the State of California in and for the County of Los Angeles on February 2, 2017.

371483

-5-

NOTICE OF REMOVAL

14.   Attached hereto as Exhibit "C" is a copy of the Service of Process received by Behavior Frontiers, confirming that Plaintiff effectuated service by mail on February 2, 2017.

15.   Attached hereto as Exhibit "D" is a Notice of Case Management Conference issued by the Court on February 6, 2017.

16.   Attached hereto as Exhibit "E" is a Notice of Related Case filed by Plaintiff on February 2, 2017.  However, Plaintiff had already voluntarily dismissed the related case on January 20, 2017 (Case No. BC632286, Los Angeles County Superior Court).

17.   Defendant is informed and believes that Exhibits "A" through "E" constitute all process, pleadings and/or orders filed and received by Behavior Frontiers in this action.

18.   On this or no later than the next business day, notice of this removal is being given to both Plaintiff and to the Clerk of the Los Angeles County Superior Court.  True and correct copies of these notices are attached hereto as Exhibits "F" and "G," respectively.  The proof of service of the Notice to Adverse Party of Removal will be filed with this Court immediately after the Notice is served on Plaintiff and the Superior Court filing is accomplished.

///

///

///

371483

-6-

NOTICE OF REMOVAL

WHEREFORE, pursuant to the provisions of Title 28, Sections 1331, 1367(a), and 1441(a), (c) of the United States Code, Defendant removes the above action from the Superior Court of the State of California for the County of Los Angeles to this Court.

DATED: March 1, 2017      KADING BRIGGS LLP
THERESA A. KADING
THOREY M. BAUER

By: _____
           THOREY M. BAUER

Attorneys for Defendant
BEHAVIOR FRONTIERS, LLC

371483

-7-

NOTICE OF REMOVAL

EXHIBIT "A"

# EXHIBIT "A"

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael J. Holmes<br>2961 E. Hillside Drive<br>West Covina, CA 91791<br>TELEPHONE NO: (626) 373-4331   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro-Per | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br><br>FEB 0 2 2017<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Shaun'a Solder |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: Same As Above
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse Central District

PLAINTIFF: Michael J. Holmes

DEFENDANT: Behavior Frontiers, LLC

[✔] DOES 1 TO 10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [✔] OTHER (specify): Wrongful Termination
[ ] Property Damage   [ ] Wrongful Death
[ ] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[✔] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER:

BC649094

1. Plaintiff (name or names): Michael J. Holmes

alleges causes of action against defendant (name or names):
Behavior Frontiers, LLC

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Page 1 of 3

**EXHIBIT A, Page 1**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Michael J. Holmes vs. Behavior Frontiers, LLC | |

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Behavior Frontiers, LLc. ☐ except defendant (name):
      (1) ☑ a business organization, form unknown      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                              (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):       (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                (4) ☐ a public entity (describe):

      (5) ☑ other (specify):                           (5) ☐ other (specify):
          Limited Liability Company (LLC)

   b. ☐ except defendant (name):                    d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                              (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):       (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                           (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify):
      The Central District Courthouse is the hub for his wrongful termination case.

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

**EXHIBIT A, Page 2**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Michael J. Holmes vs Behavior Frontiers, LLC | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other *(specify):*
      Wrongful Termination

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ 150,000.00

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   See the attached "Declaration" of Plaintiff Michael J. Holmes

Date: February 2nd, 2017

Michael J. Holmes
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 (Rev. January 1, 2007)

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

**EXHIBIT A, Page 3**

MC-031

| PLAINTIFF/PETITIONER: Michael J. Holmes | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Behavior Frontiers, LLC | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

I, Michael J. Holmes, Plaintiff in the above titled case declare the following:

On January 30th, 2017, I was terminated because I asked to record the phone conversation between Behavior Frontiers, LLC and myself on January 30th, 2017 at 1:30pm. Behavior Frontiers, LLC did not consent to having the phone call recorded and stated that they will contact me at a later time. At that moment the conversaton ended. At approximatly 5:00pm on January 30th, 2017 Behavior Frontiers, LLC sent me a email stating that I was immediatly terminated becuase I asked to record the phone conversation on January 30th, 2017 at 1:30pm. I believe my termination was a act of discrimination, retaliation, and harrasement. I believe another reason Behavior Frontiers, LLC terminated me was because of my disability status from an on the the job injury I suffered at work for Behavior Frontiers, LLC , on or around August 2nd, 2016. My permanent disability status states that I can not drive a car, I can not operate heavy equipment, and I can not pull. These are a couple of my work restrictions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 2nd, 2017

Michael J. Holmes
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

**EXHIBIT A, Page 4**

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Michael J. Holmes vs Behavior Frontiers, LLC | |

First _____ **CAUSE OF ACTION—General Negligence**    Page ___5___
   (number)

ATTACHMENT TO [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Michael J. Holmes

   alleges that defendant *(name):*  Behavior Frontiers, LLC

   [✓] Does  1 _____ to  10 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* January 30th, 2017
at *(place):* 18726 S. Western Ave. #408, Gardena, CA 90248

*(description of reasons for liability):*
I, Michael J. Holmes(Plaintiff) suffers from retaliation from Behavior Frontiers (Defendant) to date which violates my rights as a person of a protected class.

It is unlawful in the State of California to retaliate against a employee who provides reasonable cause to a government or law enforcement agency, and believes disclosing of said information is a violation or non-compliance with state or federal statutes, rules or regulations.

The Claifornia Labor Code section 1102.5 (a) states "An employer may not make, adopt, or enforce any rule, regulation or policy preventing an employee from disclosing information of a violation of state or federal statue or violation of non compliance with state or federal rule or regulation.

After my (Plaintiff) disclosing the negeligence of retaliation by Behavior Frontiers, LLC (Defendant) to a government agency (EEOC), their practice of retaliation on me has intensified to include harassment. I continue to experience the effects of retaliation by the wrongful termination on January 30th, 2017, therefore violating my rights as a member of a protected class.

Section (b) of the California Labor Code 1102.5 states "An employer may not retaliate against a employee for disclosing information to a govemement or law enforcement agency, where the employee has rerasonable cause to believe that the information discloses a violation of state or federal statute..." and section (d) states "An employer may not retaliate against a employee for having exercised his or her rights under subdivision (a), (b), or (c)."

I (Plaintiff therefore request monetary, compensatory, and punitive damages from Behavior Frontiers, LLC (Defendant) for their violation of non compliance and vicious acts as a professional organization.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]    **CAUSE OF ACTION—General Negligence**    Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

**EXHIBIT A, Page 5**

**PLD-PI-001(2)**

| SHORT TITLE: Michael J. Holmes vs Behavior Frontiers, LLC | CASE NUMBER: |
|---|---|

Second **CAUSE OF ACTION—General Negligence** Page ___6___
(number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Michael J. Holmes

alleges that defendant *(name):* Behavior Frontiers, LLC

[✓] Does __1__ to __10__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* January 30th, 2017
at *(place):* 18726 S. Western Ave. #408, Gardena, CA 90248

*(description of reasons for liability):*

I, Michael J. Holmes(Plaintiff) suffers from race and gender discrimination from Behavior Frontiers (Defendant) to date which violates my rights as a person of a protected class.

To date I, (Plaintiff) have been terminated from Behavior Frontiers, LLC because I asked to record a phone conversation on or around January 30th, 2017 between Behavior Frontiers, LLC and myself. Prior to my (Plaintiff) termination I recieved numerous write ups for behaviors and actions that I never did and that Behavior Frontiers, LLC could not provide documents to show when my alleged behaviors and actions occured.

Civil Rights Act of 1964 Title VII Equal Employment Opportunities, prohibits employment discrimination based on race and gender.

US Code Title 42 Chapter 21 prohibits discrimination against a person based on the race and gender.

I (Plaintiff therefore request monetary, compensatory, and punitive damages from Behavior Frontiers, LLC (Defendant) for their violation of non compliance and vicious acts as a professional organization.

**EXHIBIT A, Page 6**

PLD-PI-001(2)

| SHORT TITLE:<br>Michael J. Holmes vs Behavior Frontiers, LLC | CASE NUMBER: |
|---|---|

Third _____ **CAUSE OF ACTION—General Negligence**    Page ___7___

(number)

ATTACHMENT TO [✔] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Michael J. Holmes

alleges that defendant *(name):*  Behavior Frontiers, LLC

[✔] Does  1 _____  to  10 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):*  January 30th, 2017

at *(place):*  18726 S. Western Ave. #408, Gardena, CA 90248

*(description of reasons for liability):*

I, Michael J. Holmes(Plaintiff) suffers from harassment from Behavior Frontiers (Defendant) to date which violates my rights as a person of a protected class.

It is unlawful in the State of California to harass an employee who provides reasonable cause to a government or law enforcement agency and believes disclosing of said information is a violation or non compliance with state or federal statutes, rules and regulation.

The practice of harassment by Behavior Frontiers, LLC continues. On January 30th, 2017 I was terminated from Behavior Frontiers, LLC because I asked to record a phone call between Behavior Frontiers, LLC and myself. The conversation that I asked to record was on January 30th, 2017 at 1:30pm. I was terminated on January 30th, 2017 at approximatly 5:00pm.

I (Plaintiff therefore request monetary, compensatory, and punitive damages from Behavior Frontiers, LLC (Defendant) for their violation of non compliance and vicious acts as a professional organization.

**EXHIBIT A, Page 7**

| SHORT TITLE: | | PLD-PI-001(2) |
|---|---|---|
| Michael J. Holmes vs Behavior Frontiers, LLC | CASE NUMBER: | |

Fourth _____
(number)

# CAUSE OF ACTION—General Negligence

Page ___8___

ATTACHMENT TO  [✔] Complaint  [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Michael J. Holmes

alleges that defendant *(name):*  Behavior Frontiers, LLC

[✔] Does  1 _____  to  10 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):*  January 30th, 2017
at *(place):*  18726 S. Western Ave. #408, Gardena, CA. 90248

*(description of reasons for liability):*

I, Michael J. Holmes(Plaintiff) suffers from Disability discrimination from Behavior Frontiers (Defendant) to date which violates my rights as a person of a protected class.

I believe one of the reasons I was terminated by Behavior Frontiers LLC on January 30th, 2017 was because of my Disability. I was on modified work duty since August of 2016, with restrictions that did not permit me to drive a car, lift, push, or pull. Behavior Frontiers LLC said on January 30th that they recieved the final work status report from US Health Works.

Americans with Disabilites Act, Title I employment,Title II State and Local Governments. Section 501 of the Rehabilitation Act, and Section 503 of the Rehabillitation Act, prohibts discrimination against a person/employee with a disability.

I (Plaintiff therefore request monetary, compensatory, and punitive damages from Behavior Frontiers, LLC (Defendant) for their violation of non compliance and vicious acts as a professional organization.

Form Approved for Optional Use
Judicial Council of Calilomia
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

**EXHIBIT A, Page 8**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Michael J. Holmes<br>2961 Hillside Drive<br>West Covina, CA 91791<br>TELEPHONE NO.: 626-373-4331    FAX NO.:<br>ATTORNEY FOR *(Name):* In-Pro-Per | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br><br>FEB 02 2017<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Shaunya Bolden |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N Hill Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Los Angeles CA 90012
BRANCH NAME: Central District

CASE NAME: Michael J. Holmes Vs Behavior Frontiers, LLC

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☑ Unlimited<br>(Amount demanded exceeds $25,000) | ☐ Limited<br>(Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | BC649094<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☑ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action *(specify):* 4
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 02-07-2017

Michael J. Holmes    ► Michael Holmes
*(TYPE OR PRINT NAME)*    *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
* Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
* File this cover sheet in addition to any cover sheet required by local court rule.
* If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
* Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**EXHIBIT A, Page 9**

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

CM-010 [Rev. July 1, 2007]       **CIVIL CASE COVER SHEET**                                      Page 2 of 2

**EXHIBIT A, Page 10**

| SHORT TITLE: | CASE NUMBER |
|---|---|
|  |  |

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> **This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL?   YES        CLASS ACTION?   YES   LIMITED CASE?   YES   TIME ESTIMATED FOR TRIAL_____   HOURS/ DAYS

**Item II.** Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.3.

> **Applicable Reasons for Choosing Courthouse Location (see Column C below)**

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office
11. Mandatory Filing Location (Hub Case)

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal<br>Injury Property<br>Damage Wrongful<br>Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g.,<br>assault, vandalism, etc.) | 1., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

**EXHIBIT A, Page 11**

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☑ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5, 11 |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation        Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer- Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

EXHIBIT A, Page 12

| SHORT TITLE: | | CASE NUMBER | |
|---|---|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims<br>from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement<br>of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation<br>Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not<br>Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

EXHIBIT A, Page 13

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☑1. ☑2. ☑3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. ☐11. | ADDRESS:<br>111 N. Hill Street |
|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|
| Los Angeles | CA | 90012 |

Item IV. *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the _Stanley Mosk_ courthouse in the _Los Angeles_ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.3, subd.(a).

Dated: 02-02-2017

_____<br>(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet, Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/15).
5. Payment in full of the filing fee, unless fees have been waived.
6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev 3/15)  LASC Approved 03-04 — **CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION** — Local Rule 2.3  Page 4 of 4

**EXHIBIT A, Page 14**

EXHIBIT "B"

# EXHIBIT "B"

**SUMMONS**
**(CITACION JUDICIAL)**

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
Behavior Frontiers, LLC
and Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
Michael J. Holmes, In Pro-Per

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

FEB 02 2017

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Shaunya Bolden

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es): Superior Court of the State of California, County of Los Angeles, Stanley Mosk Courthouse-Central District
111 N. Hill Street, Los Angeles, CA 90012

CASE NUMBER
(Número del Caso):
**BC 649094**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Michael J. Holmes, 2961 E. Hillside Drive, West Covina, CA 91791 (626) 373-4331

DATE: FEB 02 2017 SHERRI R. CARTER, Clerk, by _____, Deputy
(Fecha) (Secretario) SHAUNYA BOLDEN (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons (POS-010).)

[SEAL]
**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☐ on behalf of (specify):
under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other (specify):
4. ☐ by personal delivery on (date):

**EXHIBIT B, Page 15**

Form Adopted for Mandatory Use
SUMMONS

Page 1 of 1

EXHIBIT "C"

# EXHIBIT "C"

**POS-030**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Michael J. Holmes<br>2961 E. Hillside Drive<br>West Covina, CA 91791<br><br>TELEPHONE NO.:(626) 373-4331     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional)*mh070582@yahoo.com<br>ATTORNEY FOR *(Name):*In Pro-Per | RECEIVED<br>FEB 03 2017<br>KADING BRIGGS LLP |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:Same As above
CITY AND ZIP CODE:Los Angeles, CA 90012
BRANCH NAME:Sanley Mosk Courthouse-Central District
PETITIONER/PLAINTIFF:Michael J. Holmes

RESPONDENT/DEFENDANT:Behavior Frontiers, LLC

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>BC649094 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   2961 E Hillside Drive, West Covina, CA 91791

3. On *(date):*February 2nd, 2017  I mailed from *(city and state):* West Covina, California
   the following **documents** *(specify):*
   Summons for the Wrongful Termination Lawsuit. I contacted their attorney, Theresa A Kading and she informed me that she will be repersenting Behavior Frontiers, LLC in this lawsuit.

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served:Theresa A. Kading
   b. **Address** of person served:
      100 Spectrum Center Drive, Suite 800, Irvine, California 92618

☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Cynthia Marie
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)     (SIGNATURE OF PERSON COMPLETING THIS FORM)

| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>(Proof of Service) | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov |
|---|---|---|

**EXHIBIT C, Page 16**

## INFORMATION SHEET FOR PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL

*(This information sheet is not part of the Proof of Service and does not need to be copied, served, or filed.)*

**NOTE:** This form should **not** be used for proof of service of a summons and complaint. For that purpose, use *Proof of Service of Summons* (form POS-010).

Use these instructions to complete the *Proof of Service by First-Class Mail—Civil* (form POS-030).

A person over 18 years of age must serve the documents. There are two main ways to serve documents: (1) by personal delivery and (2) by mail. Certain documents must be personally served. You must determine whether personal service is required for a document. Use the *Proof of Personal Service—Civil* (form POS-020) if the documents were personally served.

The person who served the documents by mail must complete a proof of service form for the documents served. **You cannot serve documents if you are a party to the action.**

### INSTRUCTIONS FOR THE PERSON WHO SERVED THE DOCUMENTS

The proof of service should be printed or typed. If you have Internet access, a fillable version of the Proof of Service form is available at *www.courtinfo.ca.gov/forms.*

*Complete the top section of the proof of service form as follows:*

First box, left side: In this box print the name, address, and telephone number of the person *for* whom you served the documents.

Second box, left side: Print the name of the county in which the legal action is filed and the court's address in this box. The address for the court should be the same as on the documents that you served.

Third box, left side: Print the names of the Petitioner/Plaintiff and Respondent/Defendant in this box. Use the same names as are on the documents that you served.

First box, top of form, right side: Leave this box blank for the court's use.

Second box, right side: Print the case number in this box. The case number should be the same as the case number on the documents that you served.

*Complete items 1–5 as follows:*

1. You are stating that you are over the age of 18 and that you are not a party to this action. You are also stating that you either live in or are employed in the county where the mailing took place.

2. Print your home or business address.

3. Provide the date and place of the mailing and list the name of each document that you mailed. If you need more space to list the documents, check the box in item 3, complete the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)), and attach it to form POS-030.

4. For item 4:

   Check box a if you personally put the documents in the regular U.S. mail.
   Check box b if you put the documents in the mail at your place of business.

5. Provide the name and address of each person to whom you mailed the documents. If you mailed the documents to more than one person, check the box in item 5, complete the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (form POS-030(P)), and attach it to form POS-030.

At the bottom, fill in the date on which you signed the form, print your name, and sign the form. By signing, you are stating under penalty of perjury that all the information you have provided on form POS-030 is true and correct.

POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST CLASS MAIL—CIVIL**
**(Proof of Service)**

**EXHIBIT C, Page 17**

EXHIBIT "D"

# EXHIBIT "D"

NOTICE SENT TO:

Holmes, Michael
2961 E. Hillside Drive
West Covina        CA    91791

County of Los Angeles

FILE STAMP    **FEB 06 2017**

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Senorina C. Jusi

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| MICHAEL J HOLMES | | CASE NUMBER |
| | Plaintiff(s), | BC649094 |
| VS. | | |
| BEHAVIOR FRONTIERS LLC | Defendant(s). | **NOTICE OF CASE MANAGEMENT CONFERENCE** |

## TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled for _June 5, 2017_ at _8:30 am_ in _Dept. 78_ at 111 North Hill Street, Los Angeles, California 90012.

**NOTICE TO DEFENDANT:      THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.**

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least **15 calendar days** prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, section 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code Section 68608 (b), and California Rules of Court 2.2 et seq.

Date: _February 6, 2017_

Judicial Officer
RUDERMAN FEUER

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named above:

[ ✓ ] by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed herein in a separate sealed envelope to each address as shown above with postage thereon fully prepaid.

[  ] by personally giving the party notice upon filing the complaint.
Date: _February 6, 2017_

Sherri R. Carter, Executive Officer/Clerk

by _____, Deputy Clerk

LACIV 132 (Rev. 07/13)
LASC Approved 10-03

Cal. Rules of Court, rule 3.720-3.730
LASC Local Rules, Chapter Three

**EXHIBIT D, Page 18**

EXHIBIT "E"

# EXHIBIT "E"

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Michael J. Holmes<br>2961 E. Hillside Drive<br>West Covina, CA 91791<br>TELEPHONE NO.: (626) 373-4331  FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* mh070582@yahoo.com<br>ATTORNEY FOR *(Name):* In Pro-Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk, Courthouse-Central District

| PLAINTIFF/PETITIONER: Michael J. Holmes | CASE NUMBER:<br>BC632286 |
|---|---|
| DEFENDANT/RESPONDENT: Behavior Frontiers, LLC | JUDICIAL OFFICER: |
| NOTICE OF RELATED CASE | DEPT.:<br>16 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1.  a.  Title: Wrongful Termination
    b.  Case number:
    c.  Court: ☐ same as above
        ☐ other state or federal court *(name and address):*
    d.  Department:
    e.  Case type: ☐ limited civil ☑ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*
    f.  Filing date: February 2nd, 2017
    g.  Has this case been designated or determined as "complex?"  ☐ Yes  ☑ No
    h.  Relationship of this case to the case referenced above *(check all that apply):*
        ☑  involves the same parties and is based on the same or similar claims.
        ☐  arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
        ☐  involves claims against, title to, possession of, or damages to the same property.
        ☐  is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
            ☐  Additional explanation is attached in attachment 1h
    i.  Status of case:
        ☑  pending
        ☐  dismissed ☐ with ☐ without prejudice
        ☐  disposed of by judgment
2.  a.  Title:
    b.  Case number:
    c.  Court: ☐ same as above
        ☐ other state or federal court *(name and address):*
    d.  Department:

Form Approved for Optional Use<br>Judicial Council of California<br>CM-015 [Rev. July 1, 2007] **NOTICE OF RELATED CASE** Page 1 of 3<br>Cal. Rules of Court, rule 3.300<br>www.courtinfo.ca.gov

EXHIBIT E, Page 19

| | CM-015 |
|---|---|
| PLAINTIFF/PETITIONER: Michael J. Holmes | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Behavior Frontiers, LLC | BC632286 |

2. *(continued)*

  e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify)*:

  f. Filing date:

  g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

  h. Relationship of this case to the case referenced above *(check all that apply)*:

    ☐ involves the same parties and is based on the same or similar claims.

    ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

    ☐ involves claims against, title to, possession of, or damages to the same property.

    ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

      ☐ Additional explanation is attached in attachment 2h

  i. Status of case:

    ☐ pending

    ☐ dismissed ☐ with ☐ without prejudice

    ☐ disposed of by judgment

3. a. Title:

  b. Case number:

  c. Court: ☐ same as above

    ☐ other state or federal court *(name and address)*:

  d. Department:

  e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify)*:

  f. Filing date:

  g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

  h. Relationship of this case to the case referenced above *(check all that apply)*:

    ☐ involves the same parties and is based on the same or similar claims.

    ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

    ☐ involves claims against, title to, possession of, or damages to the same property.

    ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

      ☐ Additional explanation is attached in attachment 3h

  i. Status of case:

    ☐ pending

    ☐ dismissed ☐ with ☐ without prejudice

    ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: February 2nd, 2017

Michael J. Holmes
_____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Page 2 of 3

**EXHIBIT E, Page 20**

CM-015

| PLAINTIFF/PETITIONER: Michael J. Holmes | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Behavior Frontiers, LLC | BC632286 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify)*:
   2961 E. Hillside Drive, West Covina, CA 91791

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one)*:
   a. [✓] deposited the sealed envelope with the United States Postal Service.
   b. [  ] placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:
   a. on *(date):* February 2nd, 2017
   b. from *(city and state):* West Covina, CA 91791

4. The envelope was addressed and mailed as follows:
   a. Name of person served:
      Theresa A. Kading
      Street address: 100 Spectrum Dr., Suite 800
      City: Irvine
      State and zip code: CA, 92618

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

[  ] Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 2nd, 2017

Cynthia Marie
_____
(TYPE OR PRINT NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

CM-015 [Rev. July 1, 2007]                **NOTICE OF RELATED CASE**                          Page 3 of 3

**EXHIBIT E, Page 21**

EXHIBIT "F"

# EXHIBIT "F"

THERESA A. KADING (SB# 211469)
E-mail: tkading@kadingbriggs.com
THOREY M. BAUER (SB# 234813)
E-mail: tbauer@kadingbriggs.com
KADING BRIGGS LLP
100 Spectrum Center Drive, Suite 800
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
BEHAVIOR FRONTIERS, LLC

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| MICHAEL J. HOLMES,<br><br>Plaintiff,<br><br>vs.<br><br>BEHAVIOR FRONTIERS, LLC and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. BC649094<br><br>Assigned for all Purposes to Hon. Gail Ruderman Feuer, Dept. 78<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTIONS 1331 (FEDERAL QUESTION), 1367(a), 1441(a), (c)**<br><br>Complaint filed: February 2, 2017 |

371706

NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

EXHIBIT F, Page 22

TO PLAINTIFF MICHAEL J. HOLMES:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Central District of California on March 1, 2017. A copy of said Notice of Removal and supporting exhibits are attached to this Notice and are served and filed herewith.

DATED: March 1, 2017

KADING BRIGGS LLP
THERESA A. KADING
THOREY M. BAUER

By: _____
THOREY M. BAUER

Attorneys for Defendant
BEHAVIOR FRONTIERS, LLC

371706

-1-

EXHIBIT "G"

# EXHIBIT "G"

THERESA A. KADING (SB# 211469)
E-mail: tkading@kadingbriggs.com
THOREY M. BAUER (SB# 234813)
E-mail: tbauer@kadingbriggs.com
KADING BRIGGS LLP
100 Spectrum Center Drive, Suite 800
Irvine, CA  92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
BEHAVIOR FRONTIERS, LLC

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| MICHAEL J. HOLMES,<br><br>Plaintiff,<br><br>vs.<br><br>BEHAVIOR FRONTIERS, LLC and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. BC649094<br><br>Assigned for all Purposes to Hon. Gail Ruderman Feuer, Dept. 78<br><br>**NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTIONS 1331 (FEDERAL QUESTION), 1367(a), 1441(a), (c)**<br><br>Complaint filed: February 2, 2017 |

371705

NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

EXHIBIT G, Page 24

TO THE CLERK OF THE SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES:

Attached hereto as Exhibit "1" is a true and correct copy of the Notice to Adverse Party of Removal of this action to the United States District Court for the Central District of California. The original Notice of Removal of Civil Action to the United States District Court was filed with the United States District Court for the Central District of California with the attached exhibits on March 1, 2017.

The filing of said Notice of Removal effects the removal of the above-entitled action from this Court.

DATED: March 1, 2017          KADING BRIGGS LLP
                              THERESA A. KADING
                              THOREY M. BAUER


                              By: _____
                                        THOREY M. BAUER

                              Attorneys for Defendant
                              BEHAVIOR FRONTIERS, LLC

371705

-1-

NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT